UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VANESSA M ROEDELL,

              Plaintiff,

     v.

NANCY A. BERRYHILL, Deputy
Commissioner of Social Security for
Operations, [1]

             Defendant.

CASE NO. 2:17-cv-1716 RAJ

ORDER ADOPTING REPORT AND
RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Judge J. Richard

Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

     (1)    The Court adopts the Report and Recommendation.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to
Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting
Commissioner Carolyn W. Colvin as the defendant in this suit, pursuant to the last sentence of
section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

(2)      The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)      **JUDGMENT** is for plaintiff and the case should be closed.

(4)      The Clerk is directed to send copies of this Order to counsel of record.

Dated this 7th day of November, 2018.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge