UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VANESSA M. ROEDELL,

    Plaintiff,

    v.

NANCY A. BERRYHILL, Deputy
Commissioner of Social Security for
Operations,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. C17-1716-RAJ

~~[PROPOSED]~~ ORDER

THIS MATTER having been brought before this Court upon the Parties' Stipulated

Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully

considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is

Granted and Plaintiff is awarded attorneys' fees in the amount of $6,506.59 and reimbursement

of expenses in the amount of $26.00 for a total of $6,532.59 pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct.

2521 (2010). Plaintiff is also awarded $9.80 in costs under 28 U.S.C. § 1920.

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F

Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to

ROBEY NAMBA, P.S.
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

~~[PROPOSED]~~ ORDER - 1

1    any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA

2    fees shall be made payable to Robey Namba, P.S. based upon Plaintiff's assignment of these

3    amounts to Plaintiff's attorney as evidenced in the Stipulated Motion and Administrative Record.

4        DATED this 7th day of December, 2018.

5

6

7        _____

8        The Honorable Richard A. Jones
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                        **ROBEY NAMBA, P.S.**
                                          1414 F Street
                                          Bellingham, WA 98225
                                          Phone: (360) 676-2548
                                          Fax: (360) 647-7838

[PROPOSED] ORDER - 2